IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Entec Polymers, LLC, ) | C.A. No. 4:08-04017-RBH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER VACATING CIVIL** |
| ) | **JUDGMENT** |
| Phoenix Recycling Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

On motion of Entec Polymers, LLC and with the consent of Phoenix Recycling Inc., it is hereby ORDERED, ADJUDGED, AND DECREED that the judgment entered in favor of Entec Polymers, LLC in the above matter BE AND HEREBY IS VACATED NUNC PRO TUNC.

The above action is also dismissed without prejudice.

AND IT IS SO ORDERED.

Florence, SC
Date:   March 24, 2009

s/ R. Bryan Harwell
The Honorable R. Bryan Harwell
United States District Judge

WE SO MOVE:                                                   WE CONSENT:

/s/ Moffatt G. McDonald                                       /s/ Nate Fata
Moffatt G. McDonald, SC Bar No. 3784      Nate Fata, Esq.
HAYNSWORTH SINKLER BOYD, P.A.         P.O. Box 16620
75 Beattie Place, 11th Floor                              The Courtyard, Suite 215
Greenville, SC 29601                                        Surfside Beach, SC 29587
(864) 240-3200                                                 (843) 238-2676
Attorney for Plaintiff, Entec Polymers, LLC       Attorney for Defendant, Phoenix Recycling Inc.